**Approved.  It is so ordered.**

**s/ William H. Baughman, Jr.**
**William H. Baughman, Jr.**
**United States Magistrate Judge**

**Date:**  **October 28, 2020**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT JAMES HEIN, JR., | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 1:20-CV-1425 |
| | ) | |
| v. | ) | |
| | ) | MAGISTRATE JUDGE BAUGHMAN |
| ANDREW SAUL, | ) | |
| COMMISSIONER OF SOCIAL SECURITY | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STIPULATION TO REMAND TO THE COMMISSIONER

The parties hereby jointly stipulate that this matter should be remanded to the Commissioner

pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). On

remand, the Commissioner will further consider the medical opinions of record. The parties

respectfully request that this Honorable Court enter an appropriate order with judgment.

Respectfully Submitted,

JUSTIN E. HERDMAN
UNITED STATES ATTORNEY
NORTHERN DISTRICT OF OHIO

/s/ Scott F. Smith[1]                              /s/ Cara L. Staley Rafferty
Scott F. Smith (0070096)                    Cara L. Staley Rafferty
Attorney at Law                                    Assistant U.S. Attorney
411 Wolf Ledges Pkwy., Ste. 400      Reg. No. 0078002
Akron, Ohio 44311                              Northern District of Ohio
(330) 762-6474 (phone)                      United States Courthouse
(330) 762-2127 (fax)                           801 West Superior Ave., Suite 400
scott@sgsdisability.com                       Cleveland, Ohio 44113
                                                            (216) 622-3632 (phone)
Counsel for Plaintiff                            (216) 522-4982 (fax)
                                                            cara.staley.rafferty@usdoj.gov

---

[1]  Signed for Mr. Smith by Ms. Rafferty, Assistant U.S. Attorney, with consent obtained by Jordan
Stein, Assistant Regional Counsel, on October 22, 2020.